B8 (Form 8) (12/08)

# United States Bankruptcy Court
### Northern District of Illinois

In re **Mario Tosoni / Margaret Melloy-Tosoni**     Case No. **14-41679**
Debtor(s)     Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

Property No. 1

| | |
|---|---|
| **Creditor's Name:** <br> **Atlantic Municipal Corporation** | **Describe Property Securing Debt:** <br> 64 W. 154th Street, South Holland, Illinois 60473 <br> Single Family Dwelling <br> Purchased in December 2005 (Purchase Price $147,000) <br> Value Per Zillow.com <br> PIN#: 29-09-419-057-0000 <br> 50% Interest with Son |

Property will be (check one):
☐ Surrendered     ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other. Explain **Retain and Maintain;** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt     ■ Not claimed as exempt

Property No. 2

| | |
|---|---|
| **Creditor's Name:** <br> **Bank of America** | **Describe Property Securing Debt:** <br> 420 57th Street, Unit 203, Kenosha, WI 53140 <br> Condominium <br> Purchased in March 2013 (Purchase Price $126,000) <br> Value Per Zillow.com <br> PIN#: 12-223-31-409-203 <br> PER ZILLOW PROPERTY SOLD MARCH 2013, PER CLIENT THEY PURCHASED IT 8/2005 |

Property will be (check one):
☐ Surrendered     ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other. Explain **Retain and Maintain; Subject to Reasonable Loan Modification** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt     ■ Not claimed as exempt

B8 (Form 8) (12/08)   Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Bank of America, N.A.** | **Describe Property Securing Debt:**<br>**28621 Carriage Homes Drive, #104, Bonita Springs, Florida 34134**<br>**Single Family Dwelling**<br>**Purchased in July 2001 (Purchase Price $152,000)**<br>**Value Per Zillow.com**<br>**PIN#: 04-48-25-B3-02105.0104** |

Property will be (check one):
 ☐ Surrendered    ■ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ☐ Reaffirm the debt
 ■ Other. Explain __Retain and Maintain; Subject to Reasonable Loan Modification__ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ☐ Claimed as Exempt      ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Carriage Homes at Woods Edge Condo Assn** | **Describe Property Securing Debt:**<br>**28621 Carriage Homes Drive, #104, Bonita Springs, Florida 34134**<br>**Single Family Dwelling**<br>**Purchased in July 2001 (Purchase Price $152,000)**<br>**Value Per Zillow.com**<br>**PIN#: 04-48-25-B3-02105.0104** |

Property will be (check one):
 ☐ Surrendered    ■ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ☐ Reaffirm the debt
 ■ Other. Explain __Retain and Maintain;__ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ☐ Claimed as Exempt      ■ Not claimed as exempt

B8 (Form 8) (12/08)             Page 3

---

**Property No. 5**

| **Creditor's Name:**<br>City of Chicago | **Describe Property Securing Debt:**<br>5631 Wood Street, Chicago, Illinois 60636<br>Single Family Dwelling<br>Value Per Zillow.com<br>Pin# 20-18-212-012-0000 |

Property will be (check one):
   ☐ Surrendered         ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ■ Other. Explain __Retain and Maintain;__ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt         ■ Not claimed as exempt

---

**Property No. 6**

| **Creditor's Name:**<br>Fifth Third Bank | **Describe Property Securing Debt:**<br>8731 S. Sacramento Avenue, Evergreen Park, Illinois 60805<br>Single Family Dwelling<br>Purchased in October 1988 (Purchase Price $74,000)<br>Value Per Zillow.com<br>PIN#: 24-01-104-015-0000 |

Property will be (check one):
   ☐ Surrendered         ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ■ Other. Explain __Retain and Maintain;__ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt         ■ Not claimed as exempt

---

**Property No. 7**

| **Creditor's Name:**<br>Fifth Third Bank | **Describe Property Securing Debt:**<br>2009 Chevrolet Cobalt with 77,800 Miles<br>Value Per KBB, PPV |

Property will be (check one):
   ☐ Surrendered         ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ■ Other. Explain __Retain and Maintain__ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt         ■ Not claimed as exempt

---

B8 (Form 8) (12/08)                          Page 4

| Property No. 8 | |
|---|---|
| **Creditor's Name:**<br>**Harbor Park Parcel H Condo Association** | **Describe Property Securing Debt:**<br>**420 57th Street, Unit 303, Kenosha, WI 53140**<br>**Condominium**<br>**Purchased in August 2005 (Purchase Price $187,700)**<br>**Value Per Zillow.com**<br>**PIN#: 12-223-31-409-303** |

Property will be (check one):
   ☐ Surrendered                          ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ■ Other. Explain  **Retain and Maintain;**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt                        ■ Not claimed as exempt

| Property No. 9 | |
|---|---|
| **Creditor's Name:**<br>**Harbor Park Parcel H Condo Association** | **Describe Property Securing Debt:**<br>**420 57th Street, Unit 203, Kenosha, WI 53140**<br>**Condominium**<br>**Purchased in March 2013 (Purchase Price $126,000)**<br>**Value Per Zillow.com**<br>**PIN#: 12-223-31-409-203**<br>**PER ZILLOW PROPERTY SOLD MARCH 2013, PER CLIENT THEY PURCHASED IT 8/2005** |

Property will be (check one):
   ☐ Surrendered                          ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ■ Other. Explain  **Retain and Maintain;**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt                        ■ Not claimed as exempt

B8 (Form 8) (12/08)            Page 5

| Property No. 10 | |
|---|---|
| **Creditor's Name:**<br>**Home Acquisitions, Inc** | **Describe Property Securing Debt:**<br>**5631 Wood Street, Chicago, Illinois 60636**<br>**Single Family Dwelling**<br>**Value Per Zillow.com**<br>**Pin# 20-18-212-012-0000** |

Property will be (check one):
     ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
     ☐ Redeem the property
     ☐ Reaffirm the debt
     ■ Other.  Explain   **Retain and Maintain; Subject to Reasonable Loan Modification**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
     ☐ Claimed as Exempt          ■ Not claimed as exempt

| Property No. 11 | |
|---|---|
| **Creditor's Name:**<br>**JPMorgan Chase\*** | **Describe Property Securing Debt:**<br>**2511 23rd Street SW, Lehigh Acres, Florida 33976**<br>**Single Family Dwelling**<br>**Purchased in April 2006 (Purchase Price $178,500)**<br>**Value Per Zillow.com**<br>**PIN#: 01-45-26-11-00119--.0040** |

Property will be (check one):
     ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
     ☐ Redeem the property
     ☐ Reaffirm the debt
     ■ Other.  Explain   **Retain and Maintain; Subject to Reasonable Loan Modification**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
     ☐ Claimed as Exempt          ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                       Page 6

| Property No. 12 | |
|---|---|
| **Creditor's Name:**<br>**Lee County Tax Collector** | **Describe Property Securing Debt:**<br>**2511 23rd Street SW, Lehigh Acres, Florida 33976**<br>**Single Family Dwelling**<br>**Purchased in April 2006 (Purchase Price $178,500)**<br>**Value Per Zillow.com**<br>**PIN#: 01-45-26-11-00119--.0040** |

Property will be (check one):
 ☐ Surrendered         ■ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ☐ Reaffirm the debt
 ■ Other.  Explain   **Retain and Maintain;**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ☐ Claimed as Exempt        ■ Not claimed as exempt

| Property No. 13 | |
|---|---|
| **Creditor's Name:**<br>**Nationstar Mortgage LLC** | **Describe Property Securing Debt:**<br>**420 57th Street, Unit 303, Kenosha, WI 53140**<br>**Condominium**<br>**Purchased in August 2005 (Purchase Price $187,700)**<br>**Value Per Zillow.com**<br>**PIN#: 12-223-31-409-303** |

Property will be (check one):
 ☐ Surrendered         ■ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ☐ Reaffirm the debt
 ■ Other.  Explain   **Retain and Maintain; Subject to Reasonable Loan Modification**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ☐ Claimed as Exempt        ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                                        Page 7

Property No. 14

| Creditor's Name:<br>**Wells Fargo Home Mortgage** | **Describe Property Securing Debt:**<br>**8731 S. Sacramento Avenue, Evergreen Park, Illinois 60805**<br>**Single Family Dwelling**<br>**Purchased in October 1988 (Purchase Price $74,000)**<br>**Value Per Zillow.com**<br>**PIN#: 24-01-104-015-0000** |
|---|---|

Property will be (check one):
    ☐ Surrendered                                ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ■ Other. Explain  **Retain and Maintain;**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt                              ■ Not claimed as exempt

B8 (Form 8) (12/08) Page 8

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**Christine Dike** | **Describe Leased Property:**<br>**Debtor is Lessor**<br>**Monthly Payment: $3000.00**<br>**Seasonal Lease** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES    ☐ NO |
| Property No. 2 | | |
| **Lessor's Name:**<br>**James Schulz** | **Describe Leased Property:**<br>**Debtor is Lessor**<br>**Monthly Payment: $ 800.00**<br>**Lease Began: 2007**<br>**Scheduled to End: 2014** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES    ☐ NO |
| Property No. 3 | | |
| **Lessor's Name:**<br>**Martin Hogan, Jr.** | **Describe Leased Property:**<br>**Debtor is Lessor**<br>**Monthly Payment: $ 900.00**<br>**Lease Began: 2007**<br>**Scheduled to End: 2017** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES    ☐ NO |
| Property No. 4 | | |
| **Lessor's Name:**<br>**Tania Thompson** | **Describe Leased Property:**<br>**Debtor is Lessor**<br>**Monthly Payment: $ 1366.00**<br>**Lease Began: August 2013**<br>**Month to Month Lease** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES    ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **August 10, 2015**           Signature   **/s/ Mario Tosoni**
                                                **Mario Tosoni**
                                                Debtor

Date  **August 10, 2015**           Signature   **/s/ Margaret Melloy-Tosoni**
                                                **Margaret Melloy-Tosoni**
                                                Joint Debtor